**WATKINS MOTOR LINES, INC.,**
Plaintiff–Appellant,

v.

Cari M. **DOMINGUEZ**, Chair, Equal Employment Opportunity Commission, U.S. Equal Employment Opportunity Commission, Defendants–Appellees.

No. 05–13744.

United States Court of Appeals,
Eleventh Circuit.

May 23, 2006.

Joan M. Canny, Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A., Ft Lauderdale, FL, for Plaintiff–Appellant.

James M. Tucker, Washington, DC, for Defendants–Appellees.

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

We affirm based on the well-reasoned opinion of the district court.

**AFFIRMED.**